# EXHIBIT B

METRO

# Teen dodges oncoming subway after being pushed onto tracks, police say

By Tina Moore and Daniel Prendergast                    March 6, 2016  |  9:30am  |  Updated



Police on the 7 train subway platform in Queens where a teenage girl was pushed onto the tracks on Saturday night.
Christopher Sadowski

Police have released surveillance images of the man suspected of pushing a 15-year-old girl into the path of an oncoming 7 train in Queens over the weekend.

The girl, Xinya Huang, saved herself by tucking her body into the tight space between the rail and platform after being shoved onto the tracks around 8:40 p.m. Saturday, sources said.

Huang was standing on the Manhattan-bound platform of the 103rd Street station in Corona when the attacker ran up to her and randomly shoved her.

The attacker, described as Hispanic man in his 20s standing around 5-foot-5, was captured on surveillance fleeing the station shortly after the push.

In another incident, a 29-year-old man was struck by a 4 train at the Mosholu Parkway station in The Bronx around 7:30 a.m. Sunday. He may have committed suicide, cops said.

FILED UNDER   **QUEENS**, **SUBWAYS**

Recommended by