# EXHIBIT B

SECTIONS     **SUBSCRIBE** 10 weeks for only 99¢     LOG IN

|  **NYPD officer shoots self in head in Queens home, ninth suicide of city cop this year:…** | **Mom used job in U.S. Attorney's office to help expose 'snitches' against he…** |  **Florida white spits in face because he didn't w…** |

ADVERTISEMENT

NYC CRIME     NEW YORK

# Woman slashed in the face while riding subway near Grand Central Station

By **THEODORE PARISIENNE** and **ROSS KEITH**
NEW YORK DAILY NEWS | MAY 28, 2017

  

**TRIAL OFFER**     **SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

SAVE NOW



The 31-year-old victim, identified by family members as Anna Martinez, was slashed by a woman as she traveled on the No. 5 train near Grand Central Terminal on Sunday. (Theodore Parisienne for New York Daily News)

A woman slashed a straphanger across her forehead in an unprovoked attack during a ride on the No. 5 train Sunday, officials and witnesses said.

Cops arrested Jacqueline Sanjurjo, 53, of the Bronx, in the grisly attack. She was charged with two counts of assault, criminal possession of a weapon and acting in a manner injurious to a child, officials said.

**TRIAL OFFER**

**SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

ADVE
SAVE NOW

The 31-year-old victim, identified by family members as Anna Martinez, was with her infant son on the southbound subway near Grand Central Station about 11 a.m. when the attacker knifed her face.



**TRIAL OFFER**

**SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

**MOST READ**

NYPD officer shoots self in head in Queens home, ninth suicide of city cop this year: sources

Florida white man allegedly spits in face of black girlfriend because he didn't want to play 'slave and slaver'

Mom used job in U.S. Attorney's office to help expose 'snitches' against her son: prosecutors

The woman said nothing to Martinez before she slashed her across the forehead, officials alleged.

**RELATED GALLERY**



**TRIAL OFFER**    **SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

SAVE NOW

(Theodore Parisienne for New York Daily News)

1 / 8

## Woman attacked with a knife on uptown subway ride near Grand Central

Paramedics rushed Martinez to Bellevue Hospital. The baby was not hurt.

"That crazy lady! She cut her face," raged Martinez's mother, Anna Flores.

**TRIAL OFFER**   **SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

SAVE NOW

Sanjurjo mumbled to reporters as she was led away by detectives. "They made me take my baby!" she yelled. "I'm being framed."

Topics: new york assaults, midtown

### New Rule in New York Helps Seniors Born Before 1970 Pay Off Their Mortgage
Finance Daily | Sponsored

### 40 Vinyl Records Worth a Fortune Today
Finance101 | Sponsored

### Some Arthritis Signs Might Be Quite Surprising. Research Rheumatoid Arthritis Medication Treatment
Rheumatoid Arthritis | Search Ads | Sponsored

### They Were Named The Most Beautiful Twins In The World, Wait Till You See Them Today
SoGoodly | Sponsored

### Man Who Called NVIDIA's Rise Makes Bold 5G Prediction
The Legacy Report | Sponsored

### Grandma 93, gets arrested because she wanted 'to be naughty' before it was too…
Josie Birds said she had never gotten in trouble with the law and wanted to experience it.
NY Daily News

74° New York City, NY    More

Sponsored Links by Taboola **Luxury Senior Living In New York Is Surprisingly Affordable**
Senior Living | Search Ads

### If Stephen Hawking is right about Earth's end, keep an eye on the deer

**TRIAL OFFER**    SUPPORT QUALITY NEWS
10 weeks for 99¢

SAVE NOW

**At 50, Fomer Fox News Host Kimberly Guilfoyle**
FinancialAdvisorHeroes | *Sponsored*

**SAVE NOW**

**The Aluminum Foil Trick Everyone Should Know About**
Living Magazine | *Sponsored*

### Indiana man gets 160-year prison sentence for impregnating 10-year-old girl who took stand against him

A 34-year-old Indiana man was sentenced to 160 years in prison on Thursday for impregnating a 10-year-old girl, who courageously testified against him.

NY Daily News

### Detroit TV meteorologist Jessica Starr commits suicide after sharing 'struggles' caused by Lasik eye surgery

Starr, who previously addressed struggles she faced after Lasik eye surgery, died Wednesday at 35.

NY Daily News

---

**The Daily News Flash Newsletter - New York Daily News**
Weekdays

Catch up on the day's top five stories every weekday afternoon delivered to your inbox from the Daily News.

>SUBSCRIBE

ADVERTISEMENT

---

**TRIAL OFFER**      **SUPPORT QUALITY NEWS**
10 weeks for 99¢

**SAVE NOW**

**RECOMMENDED**

SAVE NOW

Former NYPD narcotics detective caught with cache of guns and drugs in Staten Island home

NYPD sergeant stripped of guns after his cop girlfriend uses Instagram to expose his affair with married subordinate: sources

'My heart is destroyed': Man left in anguish after wearing wire to bust NYPD cop girlfriend plotting hit on his teen daughter

N.J. trooper shared sexually explicit photo of 5-year-old with girl's own mother, authorities say

Autopsy finds that Maryland couple visiting Dominican Republic died of respiratory failure and pulmonary edema

by Taboola

## You May Like
Sponsored Links by Taboola

**Two Men Dive To Save A Confused Newborn Zebra, The Mother's Reaction Goes Viral**
Obsev

**The Most Popular Slang the Year You Were Born**
Town and Country

**No One Buys These SUVs But They Are The Best On The Market**
SUV Site

**TRIAL OFFER**  **SUPPORT QUALITY NEWS**
10 weeks for 99¢

SAVE NOW

**SAVE NOW**

ADVERTISEMENT

# Download our mobile app
# Subscribe for unlimited access

| | |
|---|---|
| About Us | Contact Us |
| Careers | Frequently Asked Questions |
| Site Map | |
| Media Kit | Place an Ad |
| Special Sections | Contests |
| Manage Subscription | BestReviews |
| The Active Times | The Daily Meal |
| Terms of Service | Privacy Policy |

Copyright © 2019, New York Daily News

**TRIAL OFFER**

**SUPPORT QUALITY NEWS**
10 weeks for 99¢

**SAVE NOW**

## PHOTOS ✖

### Manhattan, New York

**By THEODORE PARISIENNE FOR NEW YORK DAILY NEWS**

Anna Martinez, 31, was riding the northbound No. 5 train near Grand Central Terminal when a woman attacked her with a knife around 11 a.m. on May 28, 2017. The suspect, who has not been identified, has been taken into custody, police said. (Theodore Parisienne for New York Daily News)

**READ LESS**

ADVERTISEMENT



PHOTOS