# EXHIBIT C



Injured Anna

Witnesses said the incident when Anna was holding the baby, when she noticed a manners erratic elderly woman trying to close himself, immediately get up and leave, want to go elsewhere looking for seats. Unexpectedly, this move annoyed each other, she took out a sharp tool directly to the Anna's forehead and face, regardless of the baby in the effort to cry.



Injured Anna

The passenger added that she did not want to sit on a wandering woman's side, homeless women often behave erratic.

