John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendant
GATECHINA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE PARISIENNE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GATECHINA, INC.,<br><br>　　　　　　Defendant. | CASE NO.  4:19-cv-04827-KAW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Theodore Parisienne ("Plaintiff") and Defendant GateChina, Inc. ("Defendant") agree to extend the time for Defendant to respond to the First Amended Complaint (Dkt. No. 3) until up to and including October 21, 2019.  This extension will not impact any event or deadline already fixed by Court order.

Dated:  September 17, 2019    LIEBOWITZ LAW FIRM, PLLC

By: */s/ Richard Liebowitz*
    Richard P. Liebowitz
    Attorneys for Plaintiff
    THEODORE PARISIENNE

Dated:  September 17, 2019    HOPKINS & CARLEY
                              A Law Corporation

By: */s/ Jeffrey M. Ratinoff*
    John V. Picone III
    Jeffrey M. Ratinoff
    Attorneys for Defendant
    GATECHINA, INC.

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  September 17, 2019                    By:  */s/ Jeffrey M. Ratinoff*
                                                    Jeffrey M. Ratinoff
                                                    Attorney for Defendant
                                                    GATECHINA, INC.