1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jeffrey M. Ratinoff, Bar No. 197241
   jratinoff@hopkinscarley.com
3  Rachael W. Hiatt, Bar No. 317623
   rhiatt@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:     (408) 286-9800
9  Facsimile:     (408) 998-4790

10 Attorneys for Defendant
   GATECHINA, INC.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE PARISIENNE, | CASE NO.  3:19-cv-04827-CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION REGARDING ATTORNEY LEIBOWITZ'S** *PRO HAC VICE* **ADMISSION STATUS** |
| v. | |
| GATECHINA, INC., | |
| Defendant. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

924\3389453.2

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION REGARDING ATTORNEY LEIBOWITZ'S *PRO HAC VICE* ADMISSION STATUS; 3:19-CV-04827-CRB

The Court, having read and considered the papers filed in support of Defendant GateChina, Inc.'s Motion for Administrative Relief Seeking Clarification Regarding Attorney Leibowitz's *Pro Hac Vice* Admission Status and having heard and considered the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

_____ Attorney Richard Liebowitz's *pro hac vice* admission is REVOKED pursuant to the disbarment order entered against him by the Honorable James Donato In the Matter of Richard P. Liebowitz, NY Bar No. 5357702, N.D. Cal. Case No. 3:19-mc-80228-JD on October 7, 2019.  As a result, Mr. Liebowitz may not continue to represent Mr. Parisienne in the above-entitled action, either through local co-counsel or otherwise.

_____ Attorney Richard Liebowitz's *pro hac vice* admission will remain valid if Gregory Goonan files a notice of appearance within five (5) days of this Order.  Should Mr. Goonan fail to do so, Mr. Liebowitz's *pro hac vice* application is REVOKED and he may not continue to represent Mr. Parisienne in the above-entitled action, either through local co-counsel or otherwise.

**IT IS SO ORDERED.**

Dated:  November ___, 2019

_____
Hon. Charles R. Breyer

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

924\3389453.2
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION REGARDING ATTORNEY LEIBOWITZ'S *PRO HAC VICE* ADMISSION STATUS; 3:19-CV-04827-CRB