RICHARD LIEBOWITZ– *pro hac vice* (RL1234)
LIEBOWITZ LAW FIRM, PLLC
rl@liebowitzlawfirm.com
11 Sunrise Plaza, Suite 305
Valley Stream, NY  11580
(516) 233-1660

Gregory P. Goonan - # 119821)
THE AFFINITY LAW GROUP
5755 Oberlin Drive, Suite 200 San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088 Email: ggoonan@affinity-law.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE PARISIENNE<br><br>      Plaintiff,<br><br>v.<br><br>GATECHINA, INC.<br><br>      Defendant. | Case No. 3:19-CV-04827-CRB<br><br>**PLAINTIFF'S RESPONSE TO ORDER SHOW CAUSE**<br><br>Judge:   Hon. Charles R. Breyer |

Plaintiff Theodore Parisienne, via counsel, respectfully submits this response to the Court's order to show cause issued on November 8, 2019. [Dkt. #23]

On November 11, 2019, local counsel Gregory Peter Goonan, who is admitted to practice in this District, entered an appearance on behalf of Plaintiff.  [Dkt. # 24] For that reason, Plaintiff respectfully submits that the *pro hac vice* admission of Richard Liebowitz should <u>not</u> be revoked.

Dated: November 15, 2019

                Respectfully Submitted:

                LIEBOWITZ LAW FIRM, PLLC

                By: **s/richardliebowitz/**
                Richard Liebowitz– *pro hac vice*

                *Attorneys for Plaintiff*

460104.2
1307979.v2