John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jeffrey M. Ratinoff, Bar No. 197241
jratinoff@hopkinscarley.com
Rachael W. Hiatt, Bar No. 317623
rhiatt@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendant
GATECHINA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE PARISIENNE,<br><br>                    Plaintiff,<br><br>          v.<br><br>GATECHINA, INC.,<br><br>                    Defendant. | CASE NO.  3:19-cv-04827-CRB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge:      Hon. Charles R. Breyer<br>Trial Date:   None |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆PALO ALTO

842\3496478.1
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULE OF CIVIL PROCEDURE
3:19-CV-04827-CRB

1    IT IS HEREBY STIPULATED by and between Plaintiff THEODORE PARISIENNE

2    ("Parisienne") and Defendant GATECHINA, INC. ("GateChina"), by and through their

3    respective counsel, that:

4        1.    Parisienne and GateChina (collectively "the Parties") have settled their disputes

5    and the issues before this Court in the above-referenced action pursuant to the terms of a

6    settlement agreement entered into between the Parties.

7        2.    Pursuant to the terms of the settlement agreement, the Parties stipulate to a

8    dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

9    Civil Procedure, with each party bearing its own attorneys' fees and costs.

10   Dated:  March 25, 2020                 LIEBOWITZ LAW FIRM, PLLC

11

12                                          By: */s/ Richard Liebowitz*
                                            _____
13                                              Richard P. Liebowitz
                                                Attorneys for Plaintiff
14                                              THEODORE PARISIENNE

15   Dated:  March 25, 2020                 HOPKINS & CARLEY
                                            A Law Corporation
16

17                                          By: */s/ Jeffrey M. Ratinoff*
                                            _____
18                                              Jeffrey M. Ratinoff
                                                Attorneys for Defendant
19                                              GATECHINA, INC.

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

842\3496478.1
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULE OF CIVIL PROCEDURE
3:19-CV-04827-CRB

1

**ATTESTATION OF E-FILED SIGNATURE**

2       Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

3   the filing of this document from all signatories for whom a signature is indicated by a

4   "conformed" signature (/s/) within this electronically filed document and I have on file records to

5   support this concurrence for subsequent production to the Court if so ordered or for inspection

6   upon request.

7   Dated:  March 25, 2020                     HOPKINS & CARLEY
                                               A Law Corporation
8

9

                                               By: */s/ Jeffrey M. Ratinoff*
10                                                 Jeffrey M. Ratinoff
                                                   Attorneys for Defendant
11                                                 GATECHINA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

842\3496478.1
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULE OF CIVIL PROCEDURE
3:19-CV-04827-CRB